No. 86–7057.   PRENZLER v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 9th Cir.   Certiorari denied.

No. 86–7058.   WITHERSPOON v. W. R. GRACE & CO.   C. A. 4th Cir.   Certiorari denied.

No. 86–7062.   STEVENS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–7063.   MERRIAN v. TATE, SUPERINTENDENT, CHILLI-COTHE CORRECTIONAL INSTITUTE.   C. A. 6th Cir.   Certiorari denied.

No. 86–7064.   STEPHENS v. SULLIVAN, WARDEN, ET AL. C. A. 10th Cir.   Certiorari denied.

No. 86–7067.   POTEE v. SAMBERG, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–7068.   REED v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–7069.   MOSELY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–7070.   SABOL v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 86–7072.   BARBARA v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 86–7073.   ELLINGTON v. COOMBE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 86–7076.   GIALTO v. REAGAN, PRESIDENT OF THE UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 86–7079.   EDWARDS v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 86–7080.   BURTON v. PALMER ET AL.   C. A. 6th Cir. Certiorari denied.

No. 86–7081.   CALDWELL v. UNITED STATES.   Ct. App. D. C. Certiorari denied.